No. 10–10601. HINES *v.* UNITED STATES, *ante,* p. 1029. Petitions for rehearing denied.

No. 10–82. UNITED STATES *v.* GONZALEZ, *ante,* p. 1032;
No. 10–9976. KNIGHT *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, 563 U. S. 1002; and
No. 10–10568. IN RE SCHOTZ, *ante,* p. 1003. Petitions for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions.

No. 10–10305. VONDETTE *v.* UNITED STATES (two judgments), 563 U. S. 1041. Petition for rehearing denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

AUGUST 18, 2011

No. 11–5705 (11A165). JACKSON *v.* KELLY, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE GINSBURG and JUSTICE SOTOMAYOR would grant the application for stay of execution. ▮

AUGUST 23, 2011

No. 10–1389. BREAKTHROUGH MANAGEMENT GROUP, INC. *v.* CHUKCHANSI GOLD CASINO AND RESORT ET AL. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.1. ▮

SEPTEMBER 2, 2011

No. 10A995 (11–5520). RAMIREZ *v.* PEOPLE OF THE UNITED STATES ET AL. C. A. 9th Cir. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. 11A7 (11–146). MOSS *v.* FAIRBORN CITY SCHOOLS. C. A. 6th Cir. Application for stay, addressed to JUSTICE SOTOMAYOR and referred to the Court, denied.